IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL JASPER, | ) | 8:09CV90 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DR. THOMAS GENSLER, | ) | |
| NEBRASKA MEDICAL CENTER, | ) | |
| and DR. MARK DIETRICH, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed his Complaint in this matter on March 12, 2009, while he was incarcerated. (Filing No. 1.) Plaintiff also filed a Motion for Leave to Proceed in Forma Pauperis ("IFP") while he was incarcerated. (Filing No. 2.) Plaintiff filed a change of address on January 25, 2010, indicating that he is no longer incarcerated. (Filing No. 33.)

Since Plaintiff is no longer incarcerated, he must now file a new Application for Leave to Proceed IFP if he wishes to continue pursuing this case in forma pauperis. *See, e.g.,* McGann v. Comm'r, Social Security Admin., 96 F.3d 28, 30 (2d Cir. 1996) ("A released prisoner may litigate without further payment of fees upon satisfying the poverty affidavit requirement applicable to all non-prisoners."). Plaintiff may, in the alternative, pay the court's $350.00 filing fee. However, if Plaintiff fails to either file a new IFP application or pay the $350.00 filing fee by February 26, 2010, this case will be dismissed without prejudice and without further notice.

IT IS THEREFORE ORDERED that:

1. By February 26, 2010, Plaintiff shall either file a new Application to Proceed IFP or pay the $350.00 filing fee. If Plaintiff fails to comply with this Memorandum and Order, this case will be dismissed without prejudice and without further notice.

2. The Clerk of the court shall send to Plaintiff Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. Plaintiff is reminded to keep the court informed of his current address at all times while this case is pending; failure to do so could result in dismissal.

4. The Clerk of the court is directed to set a pro se case management deadline with the following text: February 26, 2010: deadline for Plaintiff to file new IFP application or pay filing fee.

January 26, 2010.          BY THE COURT:

                           *Richard G. Kopf*
                           United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.